United States District Court
Northern District of New York

| | |
|---|---|
| CHARLES EDSON ROGERS, III,  )<br>        *Plaintiff,*  )<br>        )<br>vs.  )<br>        )<br>ANDREW SAUL,  )<br>Commissioner of the Social  )<br>Security Administration,  )<br>        *Defendant.*  ) | Case 3:20-cv-00070-DNH |

## Consent Order for Payment of Fees under the Equal Access to Justice Act

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded attorney fees and expenses under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of four thousand six hundred forty-one dollars and twenty-nine cents ($4,641.29).

The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff and not to her attorney and can be offset to satisfy pre-existing debt that Plaintiff owes the United States. Astrue v. Ratliff, 560 U.S. 586 (2010). After the Court enters this award, if Defendant can verify that Plaintiff owes no preexisting debt subject to offset, Defendant agrees to make the award payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and counsel.

AND, the Court having reviewed the record in this matter;

IT IS on this 12th day of March, 2021;

ORDERED that Plaintiff be awarded fees under EAJA in the amount of $4,641.29, and that the fees are payable to the Plaintiff, but if Plaintiff does not owe a debt subject to offset, payable to Plaintiff's attorney.

ORDERED that the within matter is dismissed with prejudice.

_____
HON. DAVID N. HURD
UNITED STATES DISTRICT COURT

The undersigned hereby consent to the form and entry of the within order.

Dated: March 11, 2021

| | |
|---|---|
| Andrew Saul, | CHARLES EDSON ROGERS, III, |
| By His Attorneys, | By His Attorney, |
| Antoinette T. Bacon, Acting United States Attorney | |
| */s/ Louis J. George* | */s/ Howard D. Olinsky*[1] |
| Louis J. George | Howard D. Olinsky |
| Special Assistant United States Attorney | N.D.N.Y. Bar Roll No. 102297 |
| N.D.N.Y. Bar Roll No. 701022 | Olinsky Law Group |
| Social Security Administration | 250 South Clinton Street, Suite 210 |
| Office of the General Counsel | Syracuse, NY 13202 |
| J.F.K. Federal Building, Room 625 | (315) 701-5780 |
| Boston, MA 02203 | holinsky@windisability.com |
| (617) 565-2386 | |
| louis.george@ssa.gov | |

---

[1] Signed by Attorney Louis J. George with Attorney Howard Olinsky's permission, provided via email on March 11, 2021.